# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA LOU GROAT,<br><br>    Petitioner,<br><br>    v.<br><br>BOARD OF PRISON HEARINGS, *et al.*,<br><br>    Respondents. | Case No. EDCV 10-1511 RGK (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections rehash arguments made in her Petition and misconstrue the Supreme Court's decision in *Swarthout v. Cooke*, 131 S.Ct. 859 (2011). As the Court explained in *Swarthout*, the only federal due process right in the parole context is procedural and, here, Petitioner received all the process she was due under the U.S. Constitution. *Id.* at 863.bu

    Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and

1 dismissing this action with prejudice; and (3) the Clerk serve copies of this Order
2 and the Judgment on the parties.
3     Additionally, for the reasons stated in the Report and Recommendation, the
4 Court finds that Petitioner has not made a substantial showing of the denial of a
5 constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
6 *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate
7 of appealability.

9 DATED: March 30, 2011

                                            _____

                                            HON. R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE