# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA LOU GROAT, | Case No. ECV 10-1511 RGK (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BOARD OF PRISON HEARINGS, *et al.*, | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 30, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE